IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA                                           PLAINTIFF

vs.                                                CIVIL ACTION NO. 3:07CV347DPJ-JCS

ELAINE FUNCHESS                                                   DEFENDANT

### CONSENT JUDGMENT

The plaintiff and defendant, as shown by their signatures below, having agreed to this Consent Judgment for the disposition of claims asserted by the plaintiff herein;

IT IS HEREBY ORDERED AND ADJUDGED that the United States of America have and recover of and from the defendant, Elaine Funchess, the sum of $4,227.67, ($2,833.09 principal, plus $1,394.58 interest accrued through April 9, 2007) and the sum of $3,406.94 ($2,545.31 principal and $861.63 interest accrued through April 9, 2007. The sum of $7,634.61 from and after April 9, 2007, at the rate of 8.49% per annum to date of judgment, and all costs in this behalf expended, and filing fee costs in the amount of $350.00 in favor of the plaintiff, pursuant to 28 U.S.C. § 2412(a)(2). Post judgment interest shall accrue at the legal rate pursuant to 28 U.S.C. § 1961(a) and shall be computed daily and compounded annually until paid in full.

I agree to pay the sum of $150.00 per month until paid in full.

ORDERED AND ADJUDGED this _9th_ day of _January_, 2008.

_____
UNITED STATES DISTRICT JUDGE

APPROVED:

_____
PSHON BARRETT
Assistant U. S. Attorney


_____
ELAINE FUNCHESS
Defendant